IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


PHILLIP DEWAYNE STEWART                                                  PLAINTIFF


VS.                                    CASE NO. 6:14-cv-6101


KEVIN STARKEY, *et al.*                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 23, 2015, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 40.

Judge Bryant recommends that Plaintiff's Motion to Dismiss be granted and that this case be

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  No party has filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly,

Plaintiff's Motion to Dismiss (ECF No. 39) is GRANTED and this case is DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED, this 20th day of May, 2015.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge